Richard J. Shanley, Esq.
328 Flatbush Avenue
Brooklyn, New York 11238
(718) 789-2003
(718) 398-3985 (fax)

**Application Granted.**

May 16, 2006

The Honorable John Gleason
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

s/John Gleeson

_____
JOHN GLEESON
UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 23 2006 ★
BROOKLYN OFFICE

Re: Status Conference, **USA v. Azat Oganessian et al**, Docket No. 04-0741 (S-2) (JG)

Dear Judge Gleason:

I am assigned counsel to defendant Zygmunt Trznadel. I had been informed through my Polish interpreter, that subsequent to the last court appearance, my client was hospitalized with injuries from a job-related fall, which rendered him unconscious for several hours. He remains incapacitated and is in severe pain. I am requesting that my client be excused from the status conference scheduled for 11 AM on Friday, May 19, 2006.

The Government has no objections to this request. The defendant has made all prior appearances.

Respectfully submitted,

Richard J. Shanley, Esq.

cc: E. Scott Morvillo, Assistant U.S. Attorney